# EXHIBIT B

# Anthem.

Anthem Blue Cross and Blue Shield
13550 Triton Park Blvd
Louisville KY 40223-4194

0823 3U00206 8  08/20/2008

June 4, 2007

Workhorse Machinery Inc
Attention: Group Administrator
597 Sammons Hollow
Olive Hill, KY 41164

Dear Group Administrator:

Thank you for selecting Anthem Blue Cross and Blue Shield (Anthem) to provide your group's health care benefits. We appreciate the trust you have placed in us.

Enclosed is part of your Master Group Contract. Included are the Contract, Addendum A, Addendum B, and a copy of your Group Application.

To be complete, the Certificate of Coverage or Benefit Booklet must be included. This has been or will be sent to you under separate cover. Please maintain all the documents for the Master Group Contract together.

The group number assigned to your organization is 00175104 and the effective date of coverage is 06/01/2007.

If you need assistance with any enrollment or billing questions, please contact us at **1-866-912-3278**. Also, included in the packet is your first bill, along with frequently used forms and helpful information.

Member Services can provide additional information concerning claim payments, benefits, etc. If you have any questions or need additional information, please contact Member Services at **1-888-650-4047**.

If you have any questions or concerns regarding your Contract, please call your Anthem representative, broker or independent agent.

Sincerely,

Anthem Blue Cross and Blue Shield Operations

Enclosures

Health coverage is underwritten by one of the following companies based upon the state in which your group is located:
In Indiana: Anthem Blue Cross and Blue Shield is the trade name of Anthem Insurance Companies, Inc.
In Kentucky: Anthem Blue Cross and Blue Shield is the trade name of Anthem Health Plans of Kentucky, Inc.
In Ohio: Anthem Blue Cross and Blue Shield is the trade name of Community Insurance Company
Independent licensees of the Blue Cross and Blue Shield Association.
® Registered marks Blue Cross and Blue Shield Association.

Grp #00175104

ANTHEM COPY

# Addendum A

**Anthem**

ELIGIBILITY AND BENEFITS

Effective date of this Addendum is 12:01 a.m. on: 06/01/2007

**Employer** (Affiliated companies must be listed below to be included for coverage):
Workhorse Machinery Inc

## SECTION I - ELIGIBILITY

Every Subscriber within any of the classifications set forth below shall be eligible for coverage. Family members of Subscribers shall be eligible for coverage if they meet the definition of "Dependent" contained in the Certificate applicable to the Subscriber under whom the family member claims coverage.

Account number: 00175104, All active employees working at least 25 hours per week in Ohio (30 hours per week in Indiana and Kentucky) and who work in states in which Anthem provides coverage shall be eligible for coverage under this contract.

Account Number: 00175104, All Cobra continuees if Cobra is required to be offered by law.

Account Number: 00175104
Coverage for eligible new Employees shall be effective on the day after the end of the completion of 30 days of employment, as long as the application is received no later than 31 days following the completion of such 30 days of employment.

## SECTION II - BENEFITS

Anthem shall provide or cause to be provided, through a Participating Plan or otherwise, the benefits evidenced in the applicable Certificates, including any amendments to such benefits hereafter agreed to by the Employer and Anthem, and provided by the administrative practices and procedures of Anthem and/or a Participating Plan. "Participating Plan" means any Blue Cross and/or Blue Shield Plan other than Anthem that has agreed, either by written document, oral understanding, or course of dealing or conduct, to participate in providing any services to Anthem, administrative or otherwise, in connection with the provision of payment for Covered Services under this Contract.

The health care benefits to be provided by Anthem are fully described in the Certificates identified by the following product Identification codes:

*Health Coverage – ACPK2609*

## SECTION III - EFFECTIVE DATE AND ANNIVERSARY DATE

The Effective Date of the Contract shall be: 06/01/2007
The Anniversary Date of the Contract shall be: 06/01/2008

## Addendum B



**PREMIUM RATES**

Effective date of this Addendum is 12:01 a.m. on: 06/01/2007

The Employer shall pay Anthem the following rates per Subscriber per month for the Contract Period from: 06/01/2007 through 05/31/2008.

Account Number 00175104

*Health Coverage – ACPK2609*

| Age Bands | Male Emp | Female Emp | Male Sp | Female Sp | 1 Child | 2 Children | 3+ Children |
|---|---|---|---|---|---|---|---|
| Under 24 | $90.86 | $218.82 | $90.86 | $218.82 | $99.99 | $199.98 | $299.97 |
| 25-29 | $95.62 | $251.15 | $95.62 | $251.15 | $99.99 | $199.98 | $299.97 |
| 30-34 | $110.90 | $245.60 | $110.90 | $245.60 | $99.99 | $199.98 | $299.97 |
| 35-39 | $139.26 | $241.04 | $139.26 | $241.04 | $99.99 | $199.98 | $299.97 |
| 40-44 | $174.18 | $252.34 | $174.18 | $252.34 | $99.99 | $199.98 | $299.97 |
| 45-49 | $228.14 | $286.86 | $228.14 | $286.86 | $99.99 | $199.98 | $299.97 |
| 50-54 | $290.63 | $290.63 | $290.63 | $290.63 | $99.99 | $199.98 | $299.97 |
| 55-59 | $290.63 | $290.63 | $290.63 | $290.63 | $99.99 | $199.98 | $299.97 |
| 60-64 | $290.63 | $290.63 | $290.63 | $290.63 | $99.99 | $199.98 | $299.97 |
| 65-69 | $290.63 | $290.63 | $290.63 | $290.63 | $99.99 | $199.98 | $299.97 |
| 70-74 | $290.63 | $290.63 | $290.63 | $290.63 | $99.99 | $199.98 | $299.97 |
| 75-120 | $290.63 | $290.63 | $290.63 | $290.63 | $99.99 | $199.98 | $299.97 |
| Medicare (n/a) | $104.55 | $104.55 | $104.55 | $104.55 | $90.76 | $181.52 | $272.28 |

**Additional Fees or Charges:**

Employer may be charged the following administrative fee per invoice: $25.00 (Ohio only)

Premium shall be payable and received by Anthem on or before the due date indicated on the invoice.

Anthem shall provide the Employer with the premium rates applicable to the next Contract Period at least 30 days prior to the expiration of this Contract Period.

Anthem Blue Cross and Blue Shield

*Deborah Moessner*

Deborah Moessner
President

Date Prepared: 06/04/2007

# FULLY INSURED PPO MASTER CONTRACT

Anthem.

This Master Contract (hereinafter "Contract") is entered into by and between Employer (or "Group" when applicable) and Anthem Health Plans of Kentucky, Inc. (hereinafter "Anthem") upon the following terms and conditions:

## ARTICLE 1 - PURPOSE

In consideration of the Employer's application, payment of premiums and compliance with all covenants and provisions as set forth in this Contract, Anthem shall provide or cause to be provided coverage for health care benefits, as described in this Contract, to enrolled eligible employees and their enrolled eligible dependents. This Contract shall supersede any and all prior agreements, contracts, or arrangements between the parties regarding the subject matter addressed herein.

## ARTICLE 2 - DEFINITIONS

For purposes of this Contract and any addenda or schedules to this Contract, the following words and terms have the following meanings unless the context or use clearly indicates another meaning or intent. Capitalized words and terms not defined below are defined in the Certificate.

A. **ACTIVELY AT WORK.** Present and capable of carrying out the normal assigned job duties of the Employer. Employees who are absent from work due to a health-related absence or disability, maternity leave or regularly scheduled vacation will be considered Actively at Work.

B. **BLUECARD PROGRAM.** A Blue Cross and Blue Shield Association program whereby Claims for Covered Services received by Members outside of Anthem's service area are processed while accessing the reimbursement arrangement between a Provider and another Blue Cross and/or Blue Shield Licensee. Like all Blue Cross Blue Shield Licensees, Anthem participates in the BlueCard Program. Whenever Members access health care services outside the geographic area Anthem serves, the claim for those services may be processed through BlueCard and presented to Anthem for payment in conformity with network access rules of the BlueCard Policies then in effect ("Policies"). Under BlueCard, when Members receive Covered Services within the geographic area serviced by an on-site Blue Cross and/or Blue Shield Licensee ("Host Blue"), Anthem will remain responsible under this Contract, however, the Host Blue will be responsible in accordance with applicable BlueCard Policies, if any, for contracting with its participating providers and handling all interaction with its participating providers, and, if applicable, providing some managed care services.

C. **CERTIFICATE.** The Certificate(s) of Coverage issued pursuant to this Contract which describes the health care benefits provided by Anthem and agreed to by Employer, and provided in accordance with the administrative practices and procedures of Anthem, including applicable schedules, riders, and endorsements, or amendments.

D. **CONTRACT.** The following documents will constitute the entire Contract between the parties: this Master Contract and any addenda, endorsements, and schedules which are hereby incorporated by reference; the Certificate and any riders thereto; the Employer application; the individual applications and any reclassifications thereof submitted by Employees of the Employer; applicable Anthem underwriting regulations, Anthem medical policy, Anthem External Account Audit Policy, Anthem policies and guidelines regarding utilization management and quality improvement, and, administrative practices and procedures of Anthem as adopted and revised from time to time.

E. **CONTRACT PERIOD.** The twelve (12)-month period beginning on the effective date of this Contract, and consecutive twelve (12)-month periods thereafter until the Contract is terminated pursuant to the termination provisions of this Contract.

AKY-5000A
0740SU-FPO-Rev. 1/2004

1

An Independent licensee of the Blue Cross and Blue Shield Association.
Anthem Blue Cross and Blue Shield is the trade name of Anthem Health Plans of Kentucky, Inc.
® Registered marks Blue Cross and Blue Shield Association.

03847

# FULLY INSURED PPO MASTER CONTRACT

Anthem.

This Master Contract (hereinafter "Contract") is entered into by and between Employer (or "Group" when applicable) and Anthem Health Plans of Kentucky, Inc. (hereinafter "Anthem") upon the following terms and conditions:

## ARTICLE 1 - PURPOSE

In consideration of the Employer's application, payment of premiums and compliance with all covenants and provisions as set forth in this Contract, Anthem shall provide or cause to be provided coverage for health care benefits, as described in this Contract, to enrolled eligible employees and their enrolled eligible dependents. This Contract shall supersede any and all prior agreements, contracts, or arrangements between the parties regarding the subject matter addressed herein.

## ARTICLE 2 - DEFINITIONS

For purposes of this Contract and any addenda or schedules to this Contract, the following words and terms have the following meanings unless the context or use clearly indicates another meaning or intent. Capitalized words and terms not defined below are defined in the Certificate.

A. **ACTIVELY AT WORK.** Present and capable of carrying out the normal assigned job duties of the Employer. Employees who are absent from work due to a health-related absence or disability, maternity leave or regularly scheduled vacation will be considered Actively at Work.

B. **BLUECARD PROGRAM.** A Blue Cross and Blue Shield Association program whereby Claims for Covered Services received by Members outside of Anthem's service area are processed while accessing the reimbursement arrangement between a Provider and another Blue Cross and/or Blue Shield Licensee. Like all Blue Cross Blue Shield Licensees, Anthem participates in the BlueCard Program. Whenever Members access health care services outside the geographic area Anthem serves, the claim for those services may be processed through BlueCard and presented to Anthem for payment in conformity with network access rules of the BlueCard Policies then in effect ("Policies"). Under BlueCard, when Members receive Covered Services within the geographic area serviced by an on-site Blue Cross and/or Blue Shield Licensee ("Host Blue"), Anthem will remain responsible under this Contract, however, the Host Blue will be responsible in accordance with applicable BlueCard Policies, if any, for contracting with its participating providers and handling all interaction with its participating providers, and, if applicable, providing some managed care services.

C. **CERTIFICATE.** The Certificate(s) of Coverage issued pursuant to this Contract which describes the health care benefits provided by Anthem and agreed to by Employer, and provided in accordance with the administrative practices and procedures of Anthem, including applicable schedules, riders, and endorsements, or amendments.

D. **CONTRACT.** The following documents will constitute the entire Contract between the parties: this Master Contract and any addenda, endorsements, and schedules which are hereby incorporated by reference; the Certificate and any riders thereto; the Employer application; the individual applications and any reclassifications thereof submitted by Employees of the Employer; applicable Anthem underwriting regulations, Anthem medical policy, Anthem External Account Audit Policy, Anthem policies and guidelines regarding utilization management and quality improvement, and, administrative practices and procedures of Anthem as adopted and revised from time to time.

E. **CONTRACT PERIOD.** The twelve (12)-month period beginning on the effective date of this Contract, and consecutive twelve (12)-month periods thereafter until the Contract is terminated pursuant to the termination provisions of this Contract.

ARY-8000A
8740SC-PPO-Rev. 12004

1

An Independent licensee of the Blue Cross and Blue Shield Association.
Anthem Blue Cross and Blue Shield is the trade name of Anthem Health Plans of Kentucky, Inc.
® Registered marks Blue Cross and Blue Shield Association.

F. **COVERED SERVICE.** Any hospital, medical or other health care service rendered to Members for which benefits are provided pursuant to the Certificate.

G. **EFFECTIVE DATE.** This Contract shall be effective at 12:01 a.m. local time at the Employer's address on the date as set forth in the attached Addendum A, and shall continue in full force and effect thereafter until terminated as provided herein. The anniversary date of this Contract shall be as set forth in the attached Addendum A. All periods of time under this Contract will begin and end at 12:01 A.M. local time at the Employer's address.

H. **EMPLOYEE.** Active full-time employees, officers, or partners of the Employer working, at a minimum, the hours specified in Addendum A and who receive salary or wages during the term of this Contract, including those persons age sixty-five (65) and over, and who have completed any probationary period required by the Employer.

I. **ENROLLMENT DATE.** The first day of coverage under this Contract, or if there is a waiting period, the first day of the waiting period (typically the date employment begins).

J. **GRACE PERIOD.** The thirty (30) day period, commencing on the due date of any premium payment (other than the initial premium payment), during which a premium payment may be made without suffering termination of this Contract, provided no notice of termination has been given. During the Grace Period, this Contract will remain in force; however, Anthem is not obligated to pay any claims incurred during the Grace Period, until the full premium due is received. At the end of the thirty (30) day Grace Period, Anthem shall terminate this Contract without further notice, effective on the last date for which full premium was paid.

K. **HOST BLUE.** A Blue Cross and/or Blue Shield Licensee participating in the BlueCard Program whose contracting Providers render care to customers of Anthem.

L. **LATE ENROLLEE.** An eligible person who applies to enroll other than within thirty-one (31) days of (i) the earliest date on which coverage can become effective under the Certificate; or (ii) an event which qualified for Special Enrollment, as that term is defined in the Certificate.

M. **MEMBER.** An Employee or dependent who has satisfied the eligibility conditions, applied for coverage, been approved and enrolled by Anthem and for whom premium payment has been made. Although Members are not parties to this Contract, the information provided in their applications is used to determine eligibility for coverage and benefits.

N. **SUBSCRIBER.** An Employee or officer of the Employer who is enrolled under this Contract and is eligible to receive benefits under the terms and conditions of the Certificate.

## ARTICLE 3 - ELIGIBILITY AND ENROLLMENT

A. Eligibility. Employees and other persons eligible to be Members under this Contract shall be as specified in Addendum A.

B. Initial Enrollment of Members. Eligible Employees who have timely filed an application for enrollment for such Employees and their eligible dependents and have satisfied Anthem's underwriting regulations shall be initially enrolled under this Contract. Upon acceptance of such application by Anthem, or modification thereof, and payment of the applicable premiums, such Employees and dependents shall become enrolled under this Contract for the type of coverage elected in such application on the Effective Date.

The premium rates calculated for the Employer are as provided in Addendum B and are based upon the accuracy of the eligibility data submitted on Employees and dependents. Anthem reserves the right to review such rates upon receipt of all individual applications from Employees and to retroactively modify the rates if the enrollment information so warrants.

C. <u>Addition of New and Transferred Employees</u>. The Employer shall have the opportunity to submit applications to add new and transferred Employees and their eligible dependents to the group of Employees initially enrolled under this Contract. However, before qualifying for enrollment, the new or transferred Employee must apply within the time period set forth in Addendum A and meet all of the applicable eligibility requirements as set forth in Addendum A of this Contract, or any subsequent modifications thereto. Addition of the Employees and their eligible dependents shall be made in accordance with Anthem's underwriting regulations and the following procedures:

1. Applications will be submitted on behalf of all eligible new or transferred Employees who wish to enroll at the time of hiring or transfer. Applications shall specify the date of hire for new Employees or date of transfer for transferred Employees. However, such Employee may be required to complete a health questionnaire as part of the application process, the answers to which shall not preclude enrollment. Anthem may impose pre-existing condition waiting periods to the extent permitted by law.

2. The effective date of coverage for any such additional Employee whose application is accepted by Anthem shall be in accordance with Anthem's underwriting regulations in effect at the time the Employee's application is approved and in accordance with the provisions of the Certificate.

3. Applications may be submitted to Anthem by eligible Employees who are enrolled in another benefits plan or alternate delivery system (including but not limited to a health maintenance organization or preferred provider organization) offered by the Employer at annual open enrollment, if applicable.

4. Employees who do not enroll will be recorded accordingly. Such record will become part of the Employers' data and will constitute a waiver of coverage under this Contract. The Employer shall also keep a record of Employees who do not apply because they have health care coverage through another source.

5. Employees transferred to Employer's location may apply to enroll for benefits within the time period set forth in Addendum A.

6. Employees who are returning from an absence from work due to a health related absence or disability, maternity leave or regularly scheduled vacation are not subject to the provisions set forth above.

D. <u>Addition of Late or Special Enrollees</u>

1. <u>Late Enrollment</u>. An eligible Employee or eligible dependent who did not request enrollment for coverage during the initial enrollment period or special enrollment period, or a newly eligible dependent who failed to qualify during the special enrollment period and did not enroll within thirty-one (31) days of the date during which the individual was first entitled to enroll may apply for coverage as a Late Enrollee. Such Employee or dependent may only enroll during an annual open enrollment and may be required to complete a health questionnaire as part of the application process, the answers to which shall not preclude enrollment. Anthem may impose pre-existing condition waiting periods to the extent permitted by law, and as set forth in the Certificate.

2. <u>Special Enrollment</u>. Subject to the terms contained in the Certificate, a person who meets the following conditions will be allowed to enroll during a special enrollment period:

   (a) An eligible Employee or eligible dependent declined this coverage initially due to other health coverage, and completed a waiver of group health coverage form; and

      1) COBRA continuation which exhausted; or

      2) terminated as a result of loss of eligibility for that coverage (due to legal separation, divorce, death, termination of employment, or reduction in the number of hours of employment); or terminated as a result of Employer contributions toward such coverage ceasing; or

3

(b) a person who becomes a dependent of a Subscriber through marriage, birth, adoption or placement for adoption.

(c) an eligible Employee who declined this coverage initially, regardless of the reason, subsequently acquires a dependent(s) through marriage, birth, adoption, or placement for adoption, and requests to enroll at the same time as the newly acquired dependent(s).

Enrollment under this provision must be requested no later than thirty-one (31) days after the date the coverage described above terminated or the date the person becomes a dependent of a Subscriber or an eligible Employee. If enrollment is not requested within thirty-one (31) days, then the person(s) will be considered a Late Enrollee. Such Employee or dependent may be required to complete a health questionnaire as part of the application process, the answers to which shall not preclude enrollment. Anthem may impose pre-existing condition waiting periods to the extent permitted by law, and as set forth in the Certificate.

E. **Pre-Existing Waiting Period**. Each Member shall be subject to a waiting period of twelve (12) months from the effective date of his or her coverage for Pre-existing Conditions. This shall not apply to existing Employees and their Dependents who are currently enrolled in the Group's health plan. In determining whether a Pre-existing Condition existed, the time the person was covered under a previous health plan shall be credited, if the previous coverage was continuous to a date not more than sixty-three (63) days prior to the Enrollment Date. This pre-existing waiting period does not apply to newborns of a Member, children placed for adoption with a Member or children adopted by a Member.

F. **Annual Open Enrollment**. Employees and Dependents who elect not to enroll when first eligible for coverage and who have not experienced a qualifying event may obtain coverage only during an annual open enrollment period and a pre-existing waiting period may be imposed to the extent permitted by law, and as set forth in the Certificate.

G. **Commencement of Coverage**. Coverage hereunder for Subscribers and their eligible dependents who are enrolled on or before the Effective Date of this Contract shall commence as of such Effective Date, subject to the provisions of the Certificate. Thereafter, coverage for any eligible Employee who makes a timely application for enrollment for himself and his eligible dependents shall begin on the date determined by Anthem.

H. **Monthly Eligibility Notice and Other Reports**. The Employer shall furnish to Anthem initial information regarding Members and shall thereafter furnish a monthly notice of additions, deletions, and changes to this listing on or prior to the billing date. The Employer shall keep such records and furnish to Anthem such notification and other information as may be required by Anthem for the purpose of enrolling Members, processing terminations, effecting changes in single or family contract status, effecting changes due to a Member becoming eligible for Medicare, effecting changes due to a Member becoming disabled or being eligible for short-term or long-term disability, determining the amount payable by the Employer under this Contract, or for any other purpose reasonably related to the administration of this Contract.

Anthem reserves the right to limit retroactive termination of a Member's coverage to a maximum of sixty (60) days from the date notice is received. Acceptance of payments from the Employer or the payment of benefits to persons no longer eligible will not obligate Anthem to provide benefits.

I. **Actively At Work**. Notwithstanding the above, to the extent not precluded by law or regulation, if an Employee is not Actively At Work on the date coverage would otherwise begin, coverage for the Employee and eligible dependents will begin on the first day the Employee is Actively At Work.

J. Termination of Coverage. A Subscriber who is determined by the Employer to be ineligible for benefits shall be reported on the monthly listing as a deletion from the the listing of Members. Upon the Employer's direction to Anthem, the coverage of such Subscriber, and his or her dependents, shall terminate at the end of the period for which premiums were paid; provided further, that in the event such termination occurs in the middle of a billing cycle, coverage will continue until the end of the billing cycle and premium will not be prorated or portions thereof refunded. The Employer shall give Anthem at least ten (10) working days advance notice of any Subscriber's termination in order to enable Anthem to remove the Subscriber and his dependents from Anthem's list of Members. Further, if Anthem has provided benefits for persons no longer eligible because Anthem did not receive timely notification of termination, then the Employer shall reimburse Anthem for all unrecovered claim amounts paid.

K. COBRA Continuation Coverage. With respect to the continuation coverage requirements of Title X of the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended ("COBRA") or any other applicable state law, Anthem shall allow continued coverage under this Contract only for those qualified beneficiaries under COBRA or such state law who have been timely notified of their continuation rights and have timely elected and paid for the continued coverage, and only to the extent required by COBRA or applicable state law. It is further understood and agreed that any notice, collection of premium, or communication regarding continuation of coverage shall be the responsibility of the Employer and not Anthem, except as otherwise required by state law.

L. Family and Medical Leave Act Coverage. A Subscriber who otherwise would be ineligible for coverage due to an Actively At Work requirement of the Employer's plan will retain his eligibility during a period of leave under the Family and Medical Leave Act of 1993 ("FMLA"). Eligibility may continue, at the Subscriber's discretion, for the period of leave allowed under the FMLA.

The Employer acknowledges that it is the Employer's obligation under the FMLA to maintain group health benefits on the same conditions as if the Subscriber has been continuously working during the entire period. The Employer's act of keeping the coverage in force ensures that the Employer will be able to comply with its obligation under the FMLA to provide equivalent benefits to Subscribers returning from FMLA leave without any requalification requirements. If the Subscriber does not retain coverage during the leave period, the Subscriber and any eligible dependents who were covered immediately prior to the leave may be reinstated upon return to work, and without the imposition of any waiting periods. To obtain coverage for a Subscriber upon return from leave under the FMLA, the Employer must provide Anthem with evidence satisfactory to Anthem of the applicability of the FMLA to the Subscriber, including a copy of the health care provider statement allowed by the FMLA.

## ARTICLE 4 - OBLIGATIONS OF ANTHEM

A. Anthem shall provide health care benefits to Members who receive Covered Services under the terms of this Contract and the Certificate. However, in no event will Anthem provide benefits for services rendered prior to the Effective Date or after the termination of this Contract, or for any period for which full premium payment has not been paid to Anthem, except as provided in the Certificate.

B. Anthem shall furnish an identification card and Certificate for each Subscriber enrolled for medical coverage, unless otherwise agreed upon by Anthem and the Employer.

C. Anthem shall furnish appropriate application forms and related material necessary and appropriate for the enrollment of Members and shall provide such assistance as may reasonably be necessary to the Employer for enrollment purposes. Anthem shall maintain current eligibility status records on all Members as submitted by the Employer for the adjudication of claims.

D. Anthem shall use ordinary and reasonable care in the performance of its duties under this Contract. Anthem agrees to indemnify the Employer and hold it, its directors, officers, and employees harmless from all amounts and expenses (including reasonable attorneys' fees and court costs) for which the Employer may become liable or which the Employer may incur in consequence of any gross negligence or fraudulent or criminal act or omission of Anthem, its officers or employees, but Anthem shall not be liable to the Employer for any mistake of judgment, errors made in performing administrative functions under this Contract or other actions taken in good faith that do not result from any such gross negligence or fraudulent or criminal act or omission. This indemnification shall survive the termination of this Contract.

E. Anthem may employ or contract with any person and may delegate thereto any and all of its responsibilities under this Contract without the consent of the Employer.

F. Anthem shall notify each subscriber of their right to conversion within fifteen (15) business days after the end of the Grace Period.

## ARTICLE 5 - OBLIGATIONS OF EMPLOYER

A. The Employer must maintain contribution and participation levels required by Anthem's underwriting regulations and guidelines.

B. Premium payments shall be due and payable in full and in advance by the Employer for each Subscriber in the amounts and at the time specified in Addendum B to this Contract or in subsequent modifications thereto. Anthem shall not have any obligation to accept partial premium payment. The Employer shall make such payments regardless of any contributions to premium payment by Subscribers.

C. The Employer shall have the responsibility for collecting and remitting payments to Anthem as they come due. Even if the Employer has not received a premium bill from Anthem, the Employer is still obligated to pay, at a minimum, the amount of the prior premium bill. Anthem shall not assume any liability to Members enrolled hereunder by reason of any delay or failure of the Employer to remit applicable payments. If more than one health benefits plan is offered to Employees, then Employer shall offer Anthem coverage to all Employees on terms no less favorable with respect to Employee's contribution than those applicable to any other health coverage available through the Employer.

D. The Employer will timely, and in no event later than the due date required by Anthem, provide Anthem with any information as may reasonably be required by Anthem for the purposes of determining eligibility for coverage, enrolling and disenrolling Members, determining the amount of premium payable by the Employer or any other purpose reasonably related to the administration of this Contract, including without limitation, any audit, contribution and participation information. The Employer will give notification of eligibility to each Employee who is or will become eligible for enrollment, and will collect and submit to Anthem an application for each Employee desiring to enroll. All information provided by the Employer to Anthem pursuant to this Agreement shall be true, accurate and complete.

E. The Employer will promptly forward to Anthem all applications, notices or other writings delivered to the Employer from Employees and Subscribers pursuant to this Contract.

F. The Employer or its designated Plan Administrator shall retain fiduciary responsibility for compliance with any and all applicable federal, state and local laws and regulations. This includes, but is not limited to, the provisions and documentation to be delivered to Members as required by COBRA and as required by other provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

G. The Employer will timely distribute to Subscribers any notices or information relating to this Contract that may be addressed or directed to the Members enrolled under this Contract. When applicable, the Employer will also timely distribute to Subscribers the identification cards and Certificates.

H. The Employer shall defend, indemnify, and hold harmless Anthem and its affiliates and their respective directors, officers and employees (the "Indemnitees") from and against all claims, demands, losses, liabilities, expenses and damages which the Indemnitees may suffer or incur (other than liability arising from Anthem's gross negligence or willful misconduct), as a result of the Employer's breach of fiduciary responsibilities with regard to the benefits plan under which these benefits are provided, its failure to comply with local, state or federal law or to fulfill its obligations under this Contract. This indemnification shall survive termination of this Contract.

I. In the event the Employer indicated on its Anthem Employer Application that it had over fifty (50) eligible employees working thirty (30) or more hours in a normal work week and the number of such eligible employees drop to fifty (50) or under, the Employer shall notify Anthem of the change. In the event the Employer indicated on its Anthem Employer Application that it had under fifty-one (51) eligible Employees working thirty (30) or more hours in a normal work week and the number of such eligible Employees increases to fifty-one (51) or more eligible Employees, the Employer shall notify Anthem of the change. If Anthem has changed the Employer's classification from "small group" to "large group", as evidenced in writing by Anthem, but the Employer had an average of two (2) to fifty (50) eligible employees in the prior calendar year and so must be treated as a "small employer" under state law, the Employer shall immediately provide Anthem with such information so that Employer's coverage will be properly administered and rated as a "small employer."

J. The Employer shall promptly mail a legible, true copy of any notice of cancellation of this Contract to each person covered under this Contract. This notice shall be easily understandable and shall include information regarding the conversion rights of Members covered under this Contract. The Employer shall promptly provide Anthem a copy of the notice as well as the date upon which the notice is deposited in the mail.

## ARTICLE 6 - NOTICES

A. Any notice or demand under this Contract shall be deemed sufficient for all purposes hereof when made in writing as follows: to a Member, by first class mail to his residential address as last shown on current records of Anthem or to a Member "in care of" the Employer; to the Employer, by first class mail, personal delivery, or electronic mail or overnight delivery with confirmation capability, to its principal office shown upon the records of Anthem; to Anthem by first class mail, personal delivery, or overnight delivery with confirmation capability, to the Director of Underwriting, mail location: KY0302-A620, 13550 Triton Park Boulevard, Louisville, KY 40223.

B. A notice or demand shall be deemed to have been given as of the date of mailing or, in the case of personal delivery, as of the date it is place into the hands of any agent, officer, or employee of the person or party to whom such notice or demand is directed. For purposes of this paragraph, Anthem shall not be deemed to be an agent of the Employer nor shall the Employer be deemed an agent of Anthem.

C. The Employer shall act as the agent of Members to receive all notices and shall notify the Members affected. It shall also be the responsibility of the Employer to notify all Members of the termination of the Contract. In the case of either changes in or termination of the Contract, notice to the Employer shall be deemed to constitute notice to all Members in order to effectuate any change in or termination of the Contract or coverage under the Certificate; however, Anthem reserves the right to provide such notice if it deems it appropriate.

7

## ARTICLE 7 - CHANGES IN THE CONTRACT

A. Anthem reserves the right to change the benefits provisions effective on an anniversary date, and the terms and conditions thereof, provided for under this Contract by giving written notice to the Employer not less than thirty (30) days prior to the effective date of such change; however, such notice requirement shall not apply to changes in benefits provisions that are required by state or federal law. The Employer shall give Anthem at least thirty (30) days advance written notice of the proposed effective date of any Employer request to change benefits provisions under this Contract.

B. Anthem also reserves the right to change the premium rates by giving written notice to the Employer not less than thirty (30) days prior to the effective date of such change; however, such notice requirement shall not apply to changes in premium rates which are the results of changes in benefits provisions that are required by state or federal law.

C. If any change to the benefits or the payment amounts is unacceptable to the Employer, the Employer shall have the right to terminate coverage under this Contract by giving written notice of termination to Anthem before the effective date of the change. Payment of the new amounts or continued payment of current amounts in the event of a benefits change only shall constitute acceptance of the change by the Employer, without the necessity of securing Employer's signature on the schedule and/or addenda. The schedule and/or addenda shall then become a part of this Contract.

D. No waiver, modification or change in any provision of this Contract, including but not limited to changes at renewal, shall be effective unless and until approved in writing by an officer of Anthem and evidenced by an endorsement attached to this Contract.

## ARTICLE 8 - TERMINATION AND/OR SUSPENSION OF PERFORMANCE

A. The Employer may terminate this Contract, without cause by giving written notice of termination to Anthem at least thirty (30) days before the effective date of termination. If this Contract is terminated, the Employer shall be liable for all premiums due to Anthem up to the date of termination. Unless timely notice of termination is given, this Contract shall be automatically renewed on each anniversary date upon the payment and acceptance of premium.

B. Unless either party to this Contract has given written notice of cancellation, there is a Grace Period of thirty (30) days for the payment of premium due, except the first. During the Grace Period, this Contract will remain in force; however, Anthem is not obligated to pay any claims incurred during the Grace Period, until the full premium due is received. Notwithstanding any other provision of this Article, if the Employer fails to make in full any payment due under this Contract by the conclusion of the thirty (30) day Grace Period, this Contract shall automatically terminate, effective at the expiration of the last period for which full premium payment was made. Anthem shall provide the Employer with thirty (30) days written notice of such termination. Notwithstanding such termination, Anthem, in its sole discretion and without consideration of health-related factors or of medical loss ratio, may accept late payment of delinquent amounts and, upon acceptance, this Contract may be reinstated effective retroactively to the last date for which full premium payment was made. Any such acceptance of a delinquent payment by Anthem shall not be deemed a waiver of this provision for termination of this Contract in the event of any future failure of the Employer to make timely payment of any amounts due under this Contract. Delivery of payment to Anthem or Anthem's receipt and negotiation of a tendered payment through its automatic deposit procedures shall not be deemed acceptance nor a waiver of such termination. Upon termination of the Contract as provided in this paragraph, Anthem shall only have liability to make payment for Covered Services through the last date for which full premium payment has been paid by the Employer.

C. Notwithstanding any other provision of this Contract, if the Employer engages in fraudulent conduct, intentional misrepresentation of material fact under the terms of the coverage, or non-compliance with contribution or participation requirements, Anthem shall have the right to cancel or terminate this Contract. The Employer shall be liable to Anthem for any and all payments made and losses, or damages sustained by Anthem arising as a result of such Employer conduct. In the event Anthem terminates the Contract for other than nonpayment of premiums, including the Employer's failure to comply with Anthem's contribution or participation requirements or provide to Anthem's satisfaction, any of the information required by Anthem, Anthem will terminate this Contract upon thirty (30) days advance written notice by regular United States First Class mail.

D. If there shall occur any change in the condition (financial or otherwise) of the Employer that, in the reasonable opinion of Anthem, has a material adverse effect upon the validity, performance, or enforceability of this Contract, on the financial condition or business operation of the Employer, or on the ability of the Employer to fulfill its obligations under this Contract, then Anthem can require the Employer to provide adequate assurance of future performance which assurance may at Anthem's sole option include payment of a deposit. Examples of such a change could include but would not be limited to: voluntary or involuntary insolvency or bankruptcy proceedings under Title 11 of the United States Code, the sale of all or substantially all of the Employer's assets, or a change in control of the Employer's management or operations.

E. In the event Anthem decides, in its sole discretion, to discontinue offering a particular health coverage product offered in the small or large group market, Anthem has the right to terminate such product as permitted by federal and state law, by giving written notice of termination to Employer at least ninety (90) days before the effective date of termination of the discontinued product. Provided further that upon such discontinuance of a particular product in that market, Anthem shall offer to all group health plan sponsors provided that particular product the option, on a guaranteed issue basis, to purchase all (or in the case of the large group market, any) other health coverage currently being offered by Anthem to a group health plan in that market.

F. If a voluntary or involuntary insolvency or bankruptcy petition under Title 11 of the United States Code is filed by or against the Employer, then within ten (10) days of the petition date the Employer shall file in the bankruptcy court a motion for authority to assume or reject this Contract effective in either case as of the date the motion is filed. Anthem shall have no obligation to pay any claims under this Contract unless and until all pre-petition and all post-petition premiums have been and are paid in full when due.

G. In addition to the provisions of paragraphs (a) through (f) of this Article, upon termination of this Contract, Anthem shall cease to have any liability for benefits incurred after the effective date of termination (except as otherwise provided in the Certificates).

## ARTICLE 9 - CLAIMS PAID AFTER EFFECTIVE DATE OF TERMINATION

In the event that the (1) Employer terminates this Contract without giving appropriate notice to Anthem as provided herein or (2) the Contract is terminated pursuant to Article 8 (b) or (c) herein, or (3) a Member is no longer eligible for coverage and has been terminated from the coverage, and, after the effective date of termination Anthem (or its subcontracted vendors) makes payment of any claims which would otherwise have been payable under the terms of this Contract but for the fact that the claims were incurred after the effective date of termination, the Employer shall be liable to reimburse Anthem for all unrecovered claim amounts paid.

## ARTICLE 10 - LIABILITY

Anthem does not undertake to furnish any health care services but shall pay for such services furnished to Members as provided and limited by this Contract, including the Certificates issued hereunder. Nothing contained in this Contract shall confer upon the Employer or Members any right or cause of action either at law or in equity, against Anthem for acts or omissions of any hospital or other health care providers from which any Members receive service.

## ARTICLE 11 - TERMINATION OF COVERED PERSONS

Anthem reserves the right to cancel any health care benefits provided hereunder to any Member who engages in intentional misrepresentation of material fact under the terms of the coverage and/or fraudulent conduct, as determined by Anthem, in relation to any claims made for coverage or any application for coverage under this Contract. In addition, Anthem reserves the right to cancel or terminate coverage provided hereunder to any Member in accordance with cancellation and termination provisions in their Certificate of Coverage.

## ARTICLE 12 - DATA REPORTS

In the event the Employer shall request from Anthem information records or data reports (and if Anthem in its sole discretion agrees to provide such reports) which, in Anthem's opinion, differ substantially in substance or form from information records or data reports prepared by Anthem in the ordinary course of business, Anthem shall be entitled to fix a reasonable charge for provision of such reports and such charge shall be payable at a mutually agreeable time.

## ARTICLE 13 - CONTRACT INTERPRETATION

All statements contained in applications, in the absence of fraud, made by the Employer or any Employee, shall be deemed representations and not warranties, and no such statement, in the absence of fraud, shall void the coverage provided hereunder or reduce any benefits unless contained in a written application which becomes a part of this Contract. This Contract shall be governed by and construed in accordance with the laws of the Commonwealth of Kentucky and all applicable federal laws. The rights and remedies provided for herein are cumulative and are in addition to, and not exclusive of, any other rights or remedies available, by law or otherwise.

## ARTICLE 14 - PROOF OF SERVICE

Any notice or written proof of service required in the Certificates must be furnished to Anthem within the time and in the manner specified therein. Failure to give any required notice or to furnish such proof within the time required shall not invalidate or reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity, later than one year from the time proof is otherwise required.

## ARTICLE 15 - LIMITATION ON ACTIONS

No action at law or in equity shall be brought to recover for any claims for any services covered under this Contract unless the required notice or proof has been given to Anthem within the time required and unless such action is commenced no earlier than sixty (60) days and not later than three (3) years after the date of the giving of the required notice or furnishing the required proof.

## ARTICLE 16 - NO WAIVER

A. The failure of either party to enforce or insist upon compliance with any provision of this Contract shall not be construed as or constitute a waiver of the right to enforce or insist upon compliance with such provision in the future.

B. No failure or delay by Anthem to exercise any right or to enforce any obligation herein, and no course of dealing between the Employer and Anthem, shall operate as a waiver thereof. No single or partial exercise of any right or failure to enforce and obligation hereunder shall preclude any other or further exercise thereof or the right to exercise any other right or enforce any other obligation. No notice or demand on the Employer in any case will entitle the Employer to any other or further notice or demand in other circumstances, or constitute a waiver of Anthem's right to any other or further action in any circumstance without notice or demand

## ARTICLE 17 - SEVERABILITY

In the event that any provision of this Contract or the applicability thereof to any person or circumstance is held invalid by competent judiciary or regulatory authority, it shall not affect the validity or enforceability of any other provision of this Contract.

## ARTICLE 18 - ASSIGNMENT

Unless it has first obtained the written consent of an officer of the other party, neither party may assign this Contract or any of its rights or obligations under this Contract to any other person. Anthem may, however, without the consent of or notice to the Employer, assign or otherwise transfer its rights and obligations hereunder, in whole or in part, to: (i) another qualified insurance company under an assumption reinsurance arrangement; (ii) any Affiliate of Anthem; or (iii) any entity surviving a transaction involving the merger, consolidation, or reorganization of Anthem, or in which all or substantially all of Anthem's assets are sold. For purposes of the foregoing, "Affiliate" shall mean an entity which, directly or indirectly, Controls, is Controlled by, or is under common Control with Anthem, and "Control" shall mean having the power to vote a majority of the voting securities of the entity. Any assignee of rights or benefits under this Contract shall be subject to all of the terms and provisions of the Contract.

## ARTICLE 19 - SERVICE MARKS

The Employer, on behalf of itself and its participants, hereby expressly acknowledges its understanding that this Contract constitutes a contract solely between the Employer and Anthem, that Anthem is an independent corporation operating under a license with the Blue Cross and Blue Shield Association ("Association"), an association of independent Blue Cross and Blue Shield Plans, permitting Anthem to use the Blue Cross and Blue Shield Service Marks in the Commonwealth of Kentucky and that Anthem in not contracting as the agent of the Association. The Employer further acknowledges and agrees that it has not entered into this Contract based upon representations by any person other than Anthem and that no person, entity, or organization other than Anthem shall be held accountable or liable to it for any of Anthem's obligations to the Employer created under this Contract. This paragraph shall not create any additional obligations whatsoever on the part of Anthem other than those obligations created under other provisions of this Contract.

## ARTICLE 20 - COORDINATION OF BENEFITS WITH OTHER BENEFITS

Coordination of Benefits shall be as set forth in the attached Certificate.

## ARTICLE 21 - CONTRACT ADMINISTRATION

A. Anthem, or anyone acting on its behalf, shall determine the administration of benefits and eligibility for participation under this Contract in such a manner that has a rational relationship to the terms set forth herein. However, Anthem, or anyone acting on its behalf, has complete discretion to determine the administration of benefits. Such determination shall be final and conclusive and may include, without limitation, determination of whether the Covered Services, care, treatment, or supplies are Medically Necessary, Experimental-Investigative, whether surgery is cosmetic, and whether charges are consistent with the Eligible Expense or Maximum Allowable Amount. However, a Member may utilize all applicable Grievance and Appeals procedures.

(i) the actual price paid on the claim by the Host Blue to the health care provider ("Actual Price"), or

(ii) an estimated price, determined by the Host Blue in accordance with BlueCard policies, based on the Actual Price increased or reduced to reflect aggregate payments expected to result from settlements, withholds, any other contingent payment arrangements and non-claims transactions with all of the Host Blue's health care providers or one or more particular providers ("Estimated Price"), or

(iii) an average price, determined by the Host Blue in accordance with BlueCard policies, based on a billed charges discount representing the Host Blue's average savings expected after settlements, withholds, any other contingent payment arrangements and non-claims transactions for all of its providers or for a specified group of providers ("Average Price"). An Average Price may result in greater variation to the Member and Anthem from the Actual Price than would an Estimated Price.

c. Host Blues using either the Estimated Price or Average Price will, in accordance with BlueCard policies, prospectively increase or reduce the Estimated Price or Average Price to correct for over- or underestimation of past prices. However, the amount paid by the Member is a final price and will not be affected by such prospective adjustment.

d. Statutes in a small number of states may require a Host Blue either (1) to use a basis for calculating Subscriber liability for Covered Services that does not reflect the entire savings realized, or expected to be realized, on a particular claim or (2) to add a surcharge. Should any state statutes mandate liability calculation methods that differ from the negotiated price methodology or require a surcharge, the Host Blue would then calculate Member liability for any Covered Services consistent with the applicable state statute in effect at the time the Member received those services.

2. Return of Overpayments

Under BlueCard, recoveries from a Host Blue or from participating providers of a Host Blue can arise in several ways, including but not limited to anti-fraud and abuse audits, provider/hospital audits, credit balance audits, utilization review refunds, and unsolicited refunds. In some cases, the Host Blue will engage third parties to assist in discovery or collection of recovery amounts. The fees of such a third party are netted against the recovery. Recovery amounts, net of fee, if any, will be applied in accordance with applicable BlueCard Policies, which generally require correction on a claim-by-claim or prospective basis.

# ARTICLE 24 - HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT

A. For purposes of this Section, the following definitions have the same meaning as defined in the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"):

1. "Group Health Plan" as defined at 45 CFR Part 160, Sec. 160.103.

2. "Protected Health Information" (PHI) as defined at 45 CFR Part 164, Sec. 164.501.

3. "Summary Health Information" as defined at 45 CFR Part 164, Sec. 164.504(a)

B. Disclosing Information to Employer

1. Sharing Summary Health Information With Employer. Anthem may disclose Summary Health Information to Employer if Employer requests Summary Health Information for purposes of obtaining premium bids from health insurers, HMOs or other third party payers under the Group Health Plan; or modifying, amending or terminating the Group Health Plan.

2. Anthem may provide information to Employer on whether an individual is participating in the Plan or is enrolled in or has disenrolled from any insurance coverage offered by the Plan.

3. In the event a state law imposes additional disclosure restrictions on Anthem, Anthem must comply with the state law.

## ARTICLE 25 - MISCELLANEOUS

A. Anthem, as claims administrator, assumes only those responsibilities that are expressly agreed to herein. Further, nothing contained herein shall be deemed to constitute Anthem as an agent for service of legal process or as Plan Administrator for purposes of ERISA.

B. The headings to the sections and subsections of this Contract shall be disregarded in its interpretation.

C. The Employer shall be deemed to act as the remitting agent of Members and not of Anthem.

D. Anthem shall have authority to pursue recovery of benefits provided on behalf of Members under this Contract. Such authority includes subrogation recoveries, as well as other available recoveries or refunds. Anthem shall have authority to establish recovery policies, determine which recoveries are to be pursued, and compromise recovery amounts. Anthem will not pursue recoveries for overpayments if the cost of collection would exceed the overpayment amount. If Anthem would recover the overpayment amount through an automatic recoupment mechanism, Anthem will not pursue such recovery if the overpayment was in the amount of ten dollars ($10.00) or less. If Anthem would recover the overpayment amount through manual recovery, Anthem will not pursue such recovery if the overpayment was in the amount of seventy-five dollars ($75.00) or less.

Certain facts are needed to process subrogation recoveries. Anthem has the right to decide which facts are needed. Anthem may get necessary facts from or give them to any other organization or person. Anthem need not tell, or get the consent of, any Member to do this. Each Member claiming benefits under this Contract must give Anthem any facts it needs to process the claim and pursue any subrogation recovery. For benefits paid pursuant to this Contract, the authority granted pursuant to this provision shall survive termination of this Contract.

E. Anthem hereby informs the Employer that Anthem or its vendors may have reimbursement contracts with certain providers for the provision of and payment for health care services and supplies provided to, among others, Members under this Contract. Under some of these contracts, there may be settlements which require Anthem to pay the providers or vendors additional money (which may or may not be solely funded by Anthem) or which require the providers or vendors to return a portion of volume discounts, rebates, or excess money paid. Such providers or vendors may include entities affiliated with Anthem, including Anthem Prescription Management, Inc., a pharmacy benefits manager. Under many provider or vendor contracts, the negotiated reimbursement does not contemplate any type of settlement between Anthem and the provider or vendor. Employer has no responsibility for additional payment to vendors nor any right to discounts, rebates, or excess money received from vendors.

F. All Members enrolled under this Contract shall have only the rights and benefits, and shall be subject to the terms and conditions, set forth herein.

G. Anthem makes no representations or warranties, express or implied, concerning whether the Employer's health benefits plan, as administered and implemented by the Employer, complies with state and federal laws regulating employee insurance plans and benefits.

H. Anthem agrees to treat all proprietary information concerning the Employer's operations and the Plan in a confidential manner. Employer agrees to treat all information concerning Anthem's business operations, ideas, know-how, trade secrets, discount information, and other proprietary data in a confidential manner. Neither party shall disclose any such information to any other person without the prior written consent of the party to whom the information pertains; provided, however notwithstanding any other provision in this Contract to the contrary, Anthem may disclose such information to its legal advisors, lenders and business advisors, and Anthem may also make such disclosures as are required or appropriate under the Securities Act of 1993, as amended, the Securities Exchange Act of 1934, as amended, other applicable securities laws and rules of the New York Stock Exchange. Nothing in this provision shall prohibit the disclosure of any information required by law, but in the event of any such disclosure, the disclosing party shall immediately notify the other party in writing detailing the circumstances of and extent of the disclosure. Anthem agrees to use its best efforts to treat all Members' medical records and information concerning claims, conditions, or treatment in a confidential manner. Anthem will not disclose such confidential information except as authorized by the Subscriber or as permitted by law. This provision shall survive termination of this Contract.

I. The parties acknowledge that Anthem is not engaged in the practice of medicine; it merely makes decisions regarding the coverage of services. Contracted physicians acknowledge and agree within the provisions of their participation agreements that they must exercise independent medical judgment regarding the treatment of their patients, regardless of Anthem's coverage determinations.

J. Force Majeure. Neither party shall be deemed to be in violation of this Agreement if such party is prevented from performing any of its obligations hereunder for any reason beyond its reasonable control, including without limitation, acts of God, acts of any public enemy, acts of terrorists, acts of war, floods, statutory or other laws, regulations, rules, or orders of the federal, state, or local government of any agency thereof.

K. The Employer agrees and understands that the Contract together with the Certificate issued to Subscribers are the controlling documents for all legal purposes. Anthem is not responsible for any conflict that may arise if the Employer chooses to provide these documents to Subscribers via any other means, than in their original form, including but not limited to an internet or intranet site. The terms of the Contract and Certificate may not be altered or changed without the advance written agreement of Anthem.

L. Submission to Jurisdiction. Each of the parties submits to the jurisdiction of any state or federal court sitting in Louisville, Kentucky, in any action or proceeding arising out of or relating to this Contract and agrees that, unless waived in writing by Anthem, all claims in respect of the action or proceeding may be heard and determined in any such court. Except as provided herein, each party also agrees not to bring any action or proceeding arising out of or relating to this Contract in any other court. Each of the parties waives any defense of inconvenient forum to the maintenance of any action or proceeding so brought and waives any bond, surety, or other security that might be required of any other party with respect thereto.

M. ACCEPTANCE OF TERMS - By the payment of appropriate premiums, Employer accepts the terms and conditions of this Contract, retroactive to the Effective Date, without necessity of Employer's signature.

IN WITNESS WHEREOF, the parties have caused this Contract to be executed in duplicate by affixing the signatures of duly authorized officers.

**ANTHEM HEALTH PLANS OF KENTUCKY, INC.**

*[signature: Deborah Moessner]*

Deborah Moessner

Title: President