# EXHIBIT C

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

MDONLINE INC MW20105C

| 1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX: F | 4. INSURED'S NAME

5. PATIENT'S ADDRESS (No, Street) | 6. PATIENT RELATIONSHIP TO INSURED: Self / Spouse [X] / Child / Other | 7. INSURED'S ADDRESS

CITY: / STATE: KY | 8. PATIENT STATUS | CITY / STATE

ZIP CODE / TELEPHONE ( ) | Employed / Full-Time Student / Part-Time Student | ZIP CODE / TELEPHONE ( )

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. EMPLOYMENT? YES / NO
b. AUTO ACCIDENT? YES / NO   PLACE (State)
c. OTHER ACCIDENT? YES / NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: **ANTHEM BC BS OF KY**

14. DATE OF CURRENT: 06 21 2007

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 83908
2. 83921
3. 83920
4. 72885

| 24. A DATE(S) OF SERVICE | B PLACE OF SERVICE | C EMG | D PROCEDURES CPT/HCPCS | MODIFIER | E DIAGNOSIS POINTER | F $ CHARGES | G DAYS OR UNITS | H EPSDT | I ID QUAL | J RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 14 07 | 11 | | 99212 | 25 | 1234 | 50.00 | 1 | | NPI | |
| 11 14 07 | 11 | | 98941 | | 1234 | 55.00 | 1 | | NPI | |
| 11 14 07 | 11 | | 97110 | | 1234 | 39.00 | 1 | | NPI | |
| 11 14 07 | 11 | | 97124 | 59 | 1234 | 50.00 | 2 | | NPI | |

25. FEDERAL TAX I.D. NUMBER: SY
27. ACCEPT ASSIGNMENT? YES
28. TOTAL CHARGE: $ 194.00
29. AMOUNT PAID: $ .00
30. BALANCE DUE: $ 194.00

32. SERVICE FACILITY LOCATION INFORMATION
PORTER CHIROPRACTIC
717 WHEATLEY ROAD
ASHLAND KY 41101
a. 1871664334

33. BILLING PROVIDER INFO & PH #
PORTER DC MS, DWAIN
717 WHEATLEY ROAD
ASHLAND KY 41101
a. 1871664334  b. 000000211930

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

| | |
|---|---|
| | 34 DCN ZX07319130226311036    35 FORM 837 PF3 |
| 36a LAST NAME | 36b DCN2 ZX07319BX3ZN2Y2 |
| | 36b SUBID |
| 37 PATIENT ID | 38 MEDICAL RECORD |
| 39 BILLING PROVIDER TAXONOMY CODE | 40 LAB/FACILITY 2ND IDENTIFIER |
| 41 CLAIM LEVEL RENDERING PROVIDER<br>Name PORTER DC MS, DWAIN<br>ID: 1871664334 000000211930<br>Taxonomy Code 111N00000X | 42 PAY TO PROVIDER<br>Last Name:<br>ID: |
| 43 LINE LEVEL RENDERING PROVIDER (Last Name, First Name, M, Suffix) | Addl ID<br>44 ORDERING PROVIDER (Last Name, First Name, M, Suffix) |
| 45 RESP PARTY NAME & ADDRESS (Last Name, First Name, M, Suffix) | 46 OTHER INSURED NAME & ADDRESS (Last Name, First Name, M, Suffix) |
| 47 OTHER PAYER/CARRIER INFO<br>ID:<br>Payer Additional Secondary Identifier<br>Name<br><br>Responsibility Sequence Number Code<br>Individual Relationship Code<br>Other Insured Group Name<br>Insurance Type Code<br>Claim Filing Indicator | Other Insured Identifier:<br>48 WORKERS' COMP/SUBROGATION INFO<br><br>Claim:<br>Special Circumstances/Programs:<br>Delay Reason Code: |
| 49 COORDINATION OF BENEFITS<br>Payer Paid Amt:<br>Approved Amt:<br>Allowed Amt:<br>Patient Responsibility Amt:<br>Covered Amt:<br>Discount Amt:<br>Patient Pd Amt:<br>Payment Date:<br>Assignment Indicator    RO: | 50 ADDITIONAL DIAGNOSIS CODE<br><br>Diagnosis Code:<br>Diagnosis Code:<br>Diagnosis Code:<br>Diagnosis Code: |
| 51 DATE OF CURRENT<br>Initial Treatment Date: 06/21/2007<br>Accident Date: | Last Menstrual Period Date:<br>Line Onset Date: |
| 52 ATTACHMENTS<br>ATT 1<br>ATT 1<br>Delivery Method:<br>Delivery Method 2<br>Att Control No: | 53 CLAIM NOTE INFORMATION<br>Claim Note Reference Code:<br>Claim Note Text: |
| 54 AMBULANCE<br>Ambulance Condition Indicator<br>Ambulance Condition Code<br>Ambulance Transport Reason Code | 55 DMERC<br>DMERC Certification Cond Indicator<br>DMERC Condition Code<br>Oxygen Flow Rate:<br>Universal Product Number: |
| 56 CLAIM LEVEL HOME HEALTH CARE<br>Visits<br>Number Of Visits:<br>Frequency Period:<br>Frequency Count:<br>Duration Of Visits/Units:<br>Number Of Units:<br>Ship, Delivery Pattern Code | 57 LINE LEVEL HOME HEALTH CARE<br>Visits:<br>Number Of Visits:<br>Frequency Period:<br>Frequency Count:<br>Duration Of Visits/Units:<br>Number Of Units:<br>Ship, Delivery Pattern Code |

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

1500 | 1 of 2 | ZX07227072633020162
ZX07227A7NH3ZB0
1 | 837
200708

PICA | MDONLINE INC MW201050

| 1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LNG / OTHER | 1a. INSURED'S ID NUMBER (For Program in Item 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE — SEX: M | 4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED: Self | 7. INSURED'S ADDRESS (No., Street)

CITY — STATE KY | 8. PATIENT STATUS: Single | CITY — STATE KY

ZIP CODE — TELEPHONE ( ) | Employed | ZIP CODE — TELEPHONE ( )

9. OTHER INSURED'S NAME | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) NO | a. INSURED'S DATE OF BIRTH — SEX: M
b. OTHER INSURED'S DATE OF BIRTH — SEX | b. AUTO ACCIDENT? NO — PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME
c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? NO | c. INSURANCE PLAN NAME OR PROGRAM NAME: ANTHEM BC BS OF KY
d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED Y B    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 83908    3. 8470
2. 33921    4. 72271

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 08 10 07 | 11 | | 99211 25 | 1234 | 30.00 | 1 | | | NPI |
| 2 08 10 07 | 11 | | 98941 | 1234 | 55.00 | 1 | | | NPI |
| 3 08 10 07 | 11 | | 97124 59 | 1234 | 50.00 | 2 | | | NPI |
| 4 08 10 07 | 11 | | 97110 | 1234 | 39.00 | 1 | | | NPI |
| 5 08 10 07 | 11 | | 97014 | 1234 | 30.00 | 1 | | | NPI |
| 6 | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER    SSN EIN
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? YES
28. TOTAL CHARGE $ 204.00
29. AMOUNT PAID $ .00
30. BALANCE DUE $ 204.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
SIGNED Y    DATE

32. SERVICE FACILITY LOCATION INFORMATION
PORTER CHIROPRACTIC
717 WHEATLEY ROAD
ASHLAND KY 41101
a. 1871664334 b.

33. BILLING PROVIDER INFO & PH #
PORTER DC MS, DWAIN
717 WHEATLEY ROAD
ASHLAND KY 41101
a. 1871664334 b. 000000211930

NUCC Instruction Manual available at: www.nucc.org
APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

| Professional | Page 2 of 2 | 34 DCN ZX072270726330201620162 | 35 FORM 837 PF3 |
|---|---|---|---|
| | | 34a DCN2 ZX07227A7NH3ZBO | |

| 36 LAST NAME | |
|---|---|
| | 36 SUBID |
| 37 PATIENT ID | |
| | 38 MEDICAL RECORD |
| 39 BILLING PROVIDER TAXOMY CODE | |
| | 40 LAB/FACILITY 2ND IDENTIFIER |
| 41 CLAIM LEVEL RENDERING PROVIDER | 42 PAY TO PROVIDER |
| Name: PORTER, DC, MS, DWAIN<br>ID: 1871664334 000000211930<br>Taxonomy Code: 111N00000X | Last Name<br>ID: |
| | Add ID |
| 43 LINE LEVEL RENDERING PROVIDER: (Last Name, First Name, M, Suffix) | 44 ORDERING PROVIDER (Last Name, First Name, M, Suffix) |
| 45 RESP PARTY NAME & ADDRESS (Last Name, First Name, M, Suffix) | 46 OTHER INSURED NAME & ADDRESS (Last Name, First Name, M, Suffix) |
| | Other Insured Identifier: |
| 47 OTHER PAYER/CARRIER INFO<br>ID:<br>Payer Patient Secondary Identifier<br>Name:<br><br>Responsibility Sequence Number Code:<br>Individual Relationship Code:<br>Other Insured Group Name<br>Insurance Type Code<br>Claim Filing Indicator: | 48 WORKERS' COMP/SUBROGATION INFO<br><br>Claim:<br>Special Circumstances/Programs:<br>Delay Reason Code: |
| 49 COORDINATION OF BENEFITS<br>Payer Paid Amt:<br>Approved Amt:<br>Allowed Amt:<br>Patient Responsibility Amt:<br>Covered Amt:<br>Discount Amt:<br>Patient Paid Amt:<br>Payment Date:<br>Assignment Indicator: | 50 ADDITIONAL DIAGNOSIS CODE<br><br>Diagnosis Code:<br>Diagnosis Code:<br>Diagnosis Code:<br>Diagnosis Code: |
| 51 DATE OF CURRENT<br>Initial Treatment Date<br>Accident Date: | Last Menstrual Period Date:<br>Line Onset Date: |
| 52 ATTACHMENTS<br>ATT 1<br>ATT 1<br>Delivery Method 1:<br>Delivery Method 2:<br>Att Control No | 53 CLAIM NOTE INFORMATION<br>Claim Note Reference Code<br>Claim Note Text: |
| 54 AMBULANCE<br>Ambulance Condition Indicator:<br>Ambulance Condition Code<br>Ambulance Transport Reason Code: | 55 DMERC<br>DMERC Certification Cond Indicator:<br>DMERC Condition Code:<br>Oxygen Flow Rate:<br>Universal Product Number: |
| 56 CLAIM LEVEL HOME HEALTH CARE<br>Visits:<br>Number Of Visits<br>Frequency Period:<br>Frequency Count:<br>Duration Of Visits/Units:<br>Number Of Units:<br>Ship, Delivery Pattern Code: | 57 LINE LEVEL HOME HEALTH CARE<br>Visits<br>Number Of Visits:<br>Frequency Period:<br>Frequency Count:<br>Duration Of Visits/Units:<br>Number Of Units:<br>Ship, Delivery Pattern Code: |

# 1500
## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

MDONLINE INC MW20105C

| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE   SEX   M ☐ F ☒
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED: Self ☐ Spouse ☒ Child ☐ Other ☐
7. INSURED'S ADDRESS (No., Street)

CITY / STATE
8. PATIENT STATUS: Single ☐ Married ☐ Other ☐
Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE / TELEPHONE

9. OTHER INSURED'S NAME
10. IS PATIENT'S CONDITION RELATED TO:
  a. EMPLOYMENT? ☐ YES ☐ NO
  b. AUTO ACCIDENT? ☐ YES ☐ NO   PLACE (State)
  c. OTHER ACCIDENT? ☐ YES ☐ NO
10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH   SEX M ☐ F ☐
b. EMPLOYER'S NAME OR SCHOOL NAME
c. INSURANCE PLAN NAME OR PROGRAM NAME: ANTHEM BC BS OF KY
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☐ NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED Y B   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: 01 16 2007
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO
17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO
19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? ☐ YES ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 83908
2. 8470
3. 83921
4. 72885

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| Date(s) of Service From - To | Place of Service | EMG | Procedures/CPT/HCPCS | Modifier | Diagnosis Pointer | $ Charges | Days/Units | EPSDT Family Plan | ID QUAL | Rendering Provider ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 18 08 | 11 | | 99211 | 25 | 1234 | 30.00 | 1 | | NPI | |
| 02 18 08 | 11 | | 98941 | | 1234 | 55.00 | 1 | | NPI | |
| 02 18 08 | 11 | | 97110 | | 1234 | 39.00 | 1 | | NPI | |
| 02 18 08 | 11 | | 97124 | 59 | 1234 | 50.00 | 2 | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO
28. TOTAL CHARGE $ 174.00
29. AMOUNT PAID $ .00
30. BALANCE DUE $ 174.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER   Y
32. SERVICE FACILITY LOCATION INFORMATION
PORTER CHIROPRACTIC
717 WHEATLEY ROAD
ASHLAND KY 41101
a. 1871664334 b.

33. BILLING PROVIDER INFO & PH #
PORTER DC MS, DWAIN
717 WHEATLEY ROAD
ASHLAND KY 41101
a. 1871664334 b. 000000211930

NUCC Instruction Manual available at: www.nucc.org
APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

| | 34 DCN ZX080511253605786S5 | 35 FORM 837 PF3 |
|---|---|---|
| 35a LAST NAME | 34a DCN2 ZX080518VVIQJT9 | |
| | 36b SUBID | |
| 37 PATIENT ID | 38 MEDICAL RECORD | |
| 39 BILLING PROVIDER TAXOMY CODE | 40 LAB/FACILITY 2ND IDENTIFIER | |
| 41 CLAIM LEVEL RENDERING PROVIDER<br>Name: PORTER DC MS. DWAIN<br>ID: 1871664334 000000211930<br>Taxonomy Code: 111N00000X | 42 PAY TO PROVIDER<br>Last Name:<br>ID: | |
| 43 LINE LEVEL RENDERING PROVIDER: (Last Name, First Name, M, Suffix) | Add'l ID<br>44 ORDERING PROVIDER: Last Name, First Name, M, Suffix | |
| 45 RESP PARTY NAME & ADDRESS (Last Name, First Name, M, Suffix) | 46 OTHER INSURED NAME & ADDRESS (Last Name, First Name, M, Suffix) | |
| 47 OTHER PAYER/CARRIER INFO<br>ID:<br>Payer Patient Secondary Identifier:<br>Name:<br><br>Responsibility Sequence Number Code:<br>Individual Relationship Code:<br>Other Insured Group Name:<br>Insurance Type Code:<br>Claim Filing Indicator: | Other Insured Identifier:<br>48 WORKERS' COMP/SUBROGATION INFO<br><br>Claim:<br>Special Circumstances/Programs:<br>Delay Reason Code: | |
| 49 COORDINATION OF BENEFITS<br>Payer Paid Amt:<br>Approved Amt:<br>Allowed Amt:<br>Patient Responsibility Amt:<br>Covered Amt:<br>Discount Amt:<br>Patient Pd Amt:<br>Payment Date:<br>Assignment Indicator:    ROI: / | 50 ADDITIONAL DIAGNOSIS CODE<br><br>Diagnosis Code:<br>Diagnosis Code:<br>Diagnosis Code:<br>Diagnosis Code: | |
| 51 DATE OF CURRENT<br>Initial Treatment Date: 01/16/2007<br>Accident Date: | Last Menstrual Period Date:<br>Line Onset Date: | |
| 52 ATTACHMENTS<br>ATT 1<br>ATT 1<br>Delivery Method 1:<br>Delivery Method 2:<br>Att Control No: | 53 CLAIM NOTE INFORMATION<br>Claim Note Reference Code:<br>Claim Note Text: | |
| 54 AMBULANCE<br>Ambulance Condition Indicator:<br>Ambulance Condition Code:<br>Ambulance Transport Reason Code: | 55 DMERC<br>DMERC Certification Cond Indicator:<br>DMERC Condition Code:<br>Oxygen Flow Rate:<br>Universal Product Number: | |
| 56 CLAIM LEVEL HOME HEALTH CARE<br>Visits:<br>Number Of Visits:<br>Frequency Period:<br>Frequency Count:<br>Duration Of Visits/Units:<br>Number Of Units:<br>Ship, Delivery Pattern Code: | 57 LINE LEVEL HOME HEALTH CARE<br>Visits:<br>Number Of Visits:<br>Frequency Period:<br>Frequency Count:<br>Duration Of Visits/Units:<br>Number Of Units:<br>Ship, Delivery Pattern Code: | |

# HEALTH INSURANCE CLAIM FORM

PICA  WEBMD MW00212C

| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | BL | | | |

11. INSURANCE PLAN NAME OR PROGRAM NAME: ANTHEM BC BS OF KY

SIGNED: Y B

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 83908
2. 83921
3. 83920
4. 83942

| # | DATE(S) OF SERVICE From | PLACE OF SERVICE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | ID QUAL | RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 30 07 | 11 | | 99213 | 25 | 1234 | 70.00 | 1 | | NPI | |
| 2 | 03 30 07 | 11 | | 98941 | | 1234 | 55.00 | 1 | | NPI | |
| 3 | 03 30 07 | 11 | | 97124 | 59 | 1234 | 50.00 | 2 | | NPI | |
| 4 | 03 30 07 | 11 | | 97110 | | 1234 | 39.00 | 1 | | NPI | |
| 5 | 03 30 07 | 11 | | 97140 | 59 | 1234 | 40.00 | 1 | | NPI | |
| 6 | 03 30 07 | 11 | | 72040 | | 1234 | 65.00 | 1 | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 14
27. ACCEPT ASSIGNMENT: Y YES
28. TOTAL CHARGE: $319.00
30. BALANCE DUE: $319.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: Y

33. BILLING PROVIDER INFO & PH #
PORTER DC MS. DWAIN
717 WHEATLEY ROAD
ASHLAND KY 41101
407969268

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

| | |
|---|---|
| 35a LAST NAME | 34a DCN2 ZX07094A3E87KM7 |
| | 35b SUBID |
| 37 PATIENT ID | 38 MEDICAL RECORD |
| 39 BILLING PROVIDER TAXOMY CODE | 40 LAB/FACILITY 2ND IDENTIFIER |
| 41 CLAIM LEVEL RENDERING PROVIDER<br>Name: PORTER DC MS. DWAIN<br>ID: 407969268<br>Taxonomy Code: 111N00000X | 42 PAY TO PROVIDER<br>Last Name:<br>ID: |
| | Addl ID |
| 43 LINE LEVEL RENDERING PROVIDER: (Last Name, First Name, M, Suffix) | 44 ORDERING PROVIDER (Last Name, First Name, M, Suffix) |
| 45 RESP PARTY NAME & ADDRESS (Last Name, First Name, M, Suffix) | 46 OTHER INSURED NAME & ADDRESS (Last Name, First Name, M, Suffix) |
| | Other Insured Identifier: |
| 47 OTHER PAYER/CARRIER INFO<br>ID:<br>Payer Patient Secondary Identifier<br>Name<br><br>Responsibility Sequence Number Code<br>Individual Relationship Code<br>Other Insured Group Name<br>Insurance Type Code<br>Claim Filing Indicator | 48 WORKERS' COMP/SUBROGATION INFO<br><br>Claim:<br>Special Circumstances/Programs:<br>Delay Reason Code: |
| 49 COORDINATION OF BENEFITS<br>Payer Paid Amt:<br>Approved Amt:<br>Allowed Amt:<br>Patient Responsibility Amt:<br>Covered Amt:<br>Discount Amt:<br>Patient Pd Amt:<br>Payment Date:<br>Assignment Indicator: | 50 ADDITIONAL DIAGNOSIS CODE<br><br>Diagnosis Code:<br>Diagnosis Code:<br>Diagnosis Code:<br>Diagnosis Code: |
| 51 DATE OF CURRENT<br>Initial Treatment Date:<br>Accident Date: | Last Menstrual Period Date:<br>Line Onset Date: |
| 52 ATTACHMENTS<br>ATT 1<br>ATT 1<br>Delivery Method 1<br>Delivery Method 2<br>Att Control No: | 53 CLAIM NOTE INFORMATION<br>Claim Note Reference Code<br>Claim Note Text: |
| 54 AMBULANCE<br>Ambulance Condition Indicator<br>Ambulance Condition Code<br>Ambulance Transport Reason Code: | 55 DMERC<br>DMERC Certification Cond Indicator:<br>DMERC Condition Code:<br>Oxygen Flow Rate:<br>Universal Product Number: |
| 56 CLAIM LEVEL HOME HEALTH CARE<br>Visits:<br>Number Of Visits:<br>Frequency Period:<br>Frequency Count:<br>Duration Of Visits/Units:<br>Number Of Units:<br>Ship. Delivery Pattern Code: | 57 LINE LEVEL HOME HEALTH CARE<br>Visits:<br>Number Of Visits:<br>Frequency Period:<br>Frequency Count:<br>Duration Of Visits/Units:<br>Number Of Units:<br>Ship. Delivery Pattern Code: |